UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| PENNY WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>FALCON RIDGE APARTMENTS,<br><br>        Defendant. | CIVIL ACTION NO. 5:18cv597-GFVT<br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(, Plaintiff, Penny White, hereby stipulates to the voluntary dismissal of this action with prejudice.

Dated: January 16, 2019        By: */s/ Bill Meader*
                                      Hon. Bill Meader
                                      P.O. Box 1038
                                      Booneville, Kentucky 41314
                                      PH: (606) 593-5054
                                      Fax: (606) 593-5044
                                      Email: meader_law@hotmail.com

                                      *Attorney for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:


and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

      None.

      /s/Bill Meader_____